UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN OPERATIVE PLASTERERS &
CEMENT MASONS JOURNEYMAN &
APPRENTICESHIP TRAINING FUND,　　　　　　ENTRY OF DEFAULT
THOMAS REIHERZER, UNION INDIVIDUAL
ACCOUNT RETIREMENT FUND, JAMES　　　　　07-cv-00688-bbc
JORGENSEN, and OPERATIVE PLASTERERS
& CEMENT MASONS UNION LOCAL NO. 599,

　　　　　Plaintiffs,

　　　　　　　　v.

VELA CONCRETE, INC.,

　　　　　Defendant.

---

　　　　　Plaintiffs request that the clerk of court enter default against defendant Vela Concrete, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendant Vela Concrete, Inc., has failed to appear, plead, or otherwise defend, the default of defendant Vela Concrete, Inc., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

　　　　　Dated this 4th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Theresa M. Owens
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court