UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN OPERATIVE PLASTERERS & CEMENT
MASONS JOURNEYMAN & APPRENTICESHIP
TRAINING FUND, and THOMAS REIHERZER,

UNION INDIVIDUAL ACCOUNT RETIREMENT FUND,
and JAMES JORGENSEN,

OPERATIVE PLASTERERS & CEMENT
MASONS UNION LOCAL NO. 599,

        Plaintiffs,

vs.                              Case No. 07-C-688

VELA CONCRETE, INC.,

        Defendant.

---

ORDER FOR JUDGMENT

---

    Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

    The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

    1.    Defendant Vela Concrete, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Vela Concrete, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit fund contributions, interest and liquidated damages on behalf of its employees to the Plaintiff Funds.

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $34,566.58 for contributions, interest and liquidated damages for the audited period June 1, 2005 through February 28, 2007 as well as attorneys fees and costs incurred in their prosecution of this matter.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Masons Health Care Fund, Wisconsin Operative Plasterers & Cement Masons Journeyman & Apprenticeship Training Fund, Thomas Reiherzer, Union Individual Account Retirement Fund, James Jorgensen, and Operative Plasterers & Cement Masons Union Local No. 599, and against Defendant Vela Concrete, Inc. in the amount of $34,566.58.

Dated this 30th day of April, 2008.

BY THE COURT

*Barbara B. Crabb*
U. S. District Court Judge

-2-