UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN OPERATIVE PLASTERERS & CEMENT
MASONS JOURNEYMAN & APPRENTICESHIP
TRAINING FUND, and THOMAS REIHERZER,

UNION INDIVIDUAL ACCOUNT RETIREMENT FUND,
and JAMES JORGENSEN,

OPERATIVE PLASTERERS & CEMENT
MASONS UNION LOCAL NO. 599,

           Plaintiffs,

vs.                              Case No. 07-C-688

VELA CONCRETE, INC.,

            Defendant.

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Masons Health Care Fund, Wisconsin Operative Plasterers & Cement Masons Journeyman & Apprenticeship Training Fund, Thomas Reiherzer, Union Individual Account Retirement Fund, James Jorgensen, and Operative Plasterers & Cement Masons Union Local No. 599, recover from the Defendant Vela Concrete, Inc. the sum of $34,566.58 for contributions, interest,

-1-

liquidated damages and attorney fees for the audit period through February 28, 2007.

Dated at Madison, Wisconsin, this 30th day of April, 2008.

THERESA M. OWENS
Clerk of Court

*[signature]*
Deputy Clerk

Approved as to form this 30th day of April, 2008.

*[signature]*
BARBARA B. CRABB
District Judge